Michael J. Macco, Chapter 13 Trustee       Check No. 540776

Pay to: CLERK CI  CLERK OF THE U.S. BANKRUPTCY COURT
Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 17-72970-736 | 006-0 | GEORGE J. REICHLE | 4628 | 963,377.43 | 8,596.32 | 0.00 | 8,596.32 |

Original Check written to:
CAROL ANN TALANIAN
c/o SCHWARTZ GOLDSTONE & CAMPISI, LLP
90 Broad St.-Ste 403 - Attn: JOE CAMPISI
NEW YORK, NY  10004-