Michael J. Macco, Chapter 13 Trustee  Check No. 541116
Pay to: CLERK CI CLERK OF THE U.S. BANKRUPTCY COURT
Please notify the Court & us of any changes made after filing of your claim (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 17-72970-736 | 006-0 | GEORGE J. REICHLE | 4628 | 963,377.43 | 9,422.67 | 0.00 | 9,422.67 |
| | | Original Check written to: CAROL ANN TALANIAN c/o SCHWARTZ GOLDSTONE & CAMPISI, LLP 90 Broad St.-Ste 403 - Attn: JOE CAMPISI NEW YORK, NY 10004- | | | | | |



CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK
2022 JUL 18 A 8:55
RECEIVED/MR