Pay to: CLERK C  CLERK OF THE U.S. BANKRUPTCY COURT
Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 17-72970-736 | 006-0 | GEORGE J. REICHLE | 4628 | 963,377.43 | 9,117.65 | 0.00 | 9,117.65 |
| | | Original Check written to: | | | | | |
| | | CAROL ANN TALANIAN | | | | | |
| | | c/o SCHWARTZ GOLDSTONE & CAMPISI, LLP | | | | | |
| | | 90 Broad St.-Ste 403 - Attn: JOE CAMPISI | | | | | |
| | | NEW YORK, NY  10004- | | | | | |